JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO PICKENS, | Case No. 2:22-02124-SB-PD |
| Petitioner, | |
| v. | **JUDGMENT** |
| R.C. JOHNSON, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: June 13, 2022

Stanley Blumenfeld, Jr.
United States District Judge